## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE-MATUL, Sebastian, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **CIVIL ACTION** |
| JAMISON, J.L., Warden, Federal Detention | : | |
| Center, Philadelphia; RIFE, John, Acting | : | |
| Field Office Director, Philadelphia Field | : | |
| Office, Enforcement and Removal | : | |
| Operations, U.S. Immigration and Customs | : | No. 26-2747 |
| Enforcement, U.S. Department of Homeland | : | |
| Security; MULLIN, Markwayne, Secretary, | : | |
| U.S. Department of Homeland Security; and | : | |
| BLANCHE, Todd, Acting Attorney General, | : | |
| U.S. Department of Justice | : | |
| | : | |
| Respondents. | : | |

**AND NOW,** this 27th day of April, 2026, upon consideration of Sebastian Jose-Matul's Petition for Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the petition is **GRANTED IN PART.**

It is **FURTHER ORDERED** as follows:

1. Pursuant to 28 U.S.C. § 2243, Respondents shall, no later than **5:00 p.m. on April 30, 2026,** file a response to the habeas petition and show cause why the petition should not be granted.

2. Petitioner shall not be transferred outside the Eastern District of Pennsylvania pending further Order of the Court.

3. Counsel for Petitioner shall serve this Order to the respondents at the following email addresses forthwith:

- desiree.wilkins@usdoj.gov;

- anthony.stjoseph@usdoj.gov;

- susan.becker@usdoj.gov; and

- gregory.david@usdoj.gov.

BY THE COURT:

_____

Hon. Mia R. Perez