**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOSE-MATUL, Sebastian,   :
          :
   Petitioner,   :
          :
  v.      :
          :  **CIVIL ACTION**
J.L. JAMISON, *et al.*,   :
          :  **No. 26-2747**
   Respondents.  :

**ORDER**

   **AND NOW,** this 7th day of May, 2026, upon consideration of Respondents' supplemental filing (ECF No. 8), it is hereby **ORDERED** that Petitioner shall file a response by 5:00 P.M. E.S.T. on May 11, 2026, limited to addressing the proper remedy should the Court grant habeas relief.[1]

              BY THE COURT:

              _____
              Hon. Mia R. Perez

---

[1] If Petitioner files his response between Friday, May 8, 2026 at 2:00 P.M. and Monday, May 11, 2026, at 8:00 A.M., he is directed to send a courtesy copy by email to chambers at Perez_Chambers@paed.uscourts.gov. Petitioner shall copy counsel for Respondents on the email.